PER CURIAM. Under the law as laid down by this court upon the previous appeals in this case, the proponent's motions for a new trial and for judgment must be denied, and the motion of the contestant for judgment granted, with costs.

---

CARR, Respondent, *v.* TRACY, Appellant.

*(Supreme Court, General Term, First Department. June 6, 1890.)*

Appeal from special term, New York county.

Action by George W. Carr against Harriet R. Tracy. Defendant appeals from an order denying motion to set aside the alleged service of the summons. The affidavits for and against the motion were numerous and conflicting.

Argued before VAN BRUNT, P. J., and BRADY and DALY, JJ.

*Lyon & Smith,* for appellant. *George W. Carr, pro se.*

BRADY, J. The examination of the proofs spread upon the record, and due consideration of them, has led to the conclusion that the service of the summons herein was not made as alleged. It is not intended to asperse the person who thinks he served the process, but to declare he was mistaken. The order appealed from should be reversed, and the motion made in the court below granted, with $10 costs and disbursements. All concur.

---

COSTER *et al. v.* FISKE.

*(Supreme Court, General Term, First Department. June 6, 1890.)*

Action by Charles Coster and another against Oliver Fiske. The receiver appointed in supplementary proceedings appeals from an order denying his motion to compel the transfer of two policies of life insurance.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*J. Eustice* for appellant. *G. Bliss,* for respondent.

PER CURIAM. The order appealed from should be affirmed, with $10 costs and disbursements.

---

MCDONALD *et al.,* Appellants, *v.* HEINEMAN *et al.,* Respondents.

*(Supreme Court, General Term, First Department. June 6, 1890.)*

Appeal from circuit court, New York county.

Action by Robert McDonald and others against Simon D. Heineman and others. Plaintiffs moved to vacate a default entered on their failure to prosecute when the case was called. The motion was denied, and plaintiffs appeal.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Blumenstiel & Hirsh,* for appellants. *Benno Loewy,* for respondents.

BRADY, J. The plaintiffs, having answered "Ready" on the call of this action for trial several times, when it was finally reached, moved for leave to discontinue without costs, but did not present any affidavits bearing upon that motion before the case was again called and judgment entered by default. The plaintiffs, with an apparent design of procuring a vacation of the default, procured a stay, which the respondents' counsel says was obtained to enable the appellants' counsel to go on a fishing excursion, a source of pleasure which, while it is an innocent and exciting pastime, and should be encouraged for its gratifying results, though not always truthfully told, should not be made to depend upon the exercise of judicial power. Some more serious objection, though not of greater depth, should have been presented. It was apparent,